**FILED**

MAR 1 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AMOS,<br><br>    Petitioner,<br><br>  v.<br><br>S. OROSKI, warden,<br><br>    Respondent.<br>_____ / | No. C 06-931 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

William Amos filed this pro se action for a writ of habeas corpus on February 13, 2006. On March 10, 2006, the court received from Amos a letter in which he requested that this action be dismissed because he wanted to exhaust his state court remedies before presenting his claims to the federal court. The court GRANTS Amos' request for a dismissal. This action is dismissed without prejudice to Amos filing a new action after he exhausts state court remedies. Amos is advised that, when he files his new action, he should not use the case number for this case and instead should leave the case number blank and it will be filled in by the court upon filing. The clerk shall close the file.

IT IS SO ORDERED.

DATED: March 15, 2006

Marilyn Hall Patel
United States District Judge